Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CHARMING BEATS LLC,

                Plaintiff,

   v.

AUNICA INTERNATIONAL LLC,

                Defendant.
---------------------------------------------------------------x

Case No.: 21-cv-4726

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed with prejudice. Each party is responsible for its own attorneys' fees and costs.

Dated: October 26, 2021
       New York, New York

                                            **GARBARINI FITZGERALD P.C.**

                                            _/s/ Richard M. Garbarini_
                                            Richard M. Garbarini